IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FRANCISCA A. ARIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00141-O-BP |
| | § | |
| AMAZON FULFILLMENT, aka | § | |
| AMAZON.COM.KYDC, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 19, 2019, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation (an "FCR") in this case. (ECF No. 20). The Magistrate Judge's FCR is now ripe for review. No party has objected to the FCR and the undersigned District Judge has reviewed it for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and accepts them as the Findings and Conclusions of the Court.

In the FCR, the Magistrate Judge recommended allowing Plaintiff Francisca Arias "an opportunity to file an amended complaint within the fourteen days allotted for objections to this recommendation." FCR 13, ECF No. 20. It has been 23 days since the Magistrate Judge docketed the FCR, and Arias has neither objected nor filed an amended complaint. Accordingly, the Court **GRANTS** Defendant's Amended Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), (ECF No. 19), and **DISMISSES** Plaintiff's claims **with prejudice**.

SO ORDERED on this **15th day** of **March, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE