IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FRANCISCA A. ARIAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00141-O-BP |
| | § | |
| AMAZON FULFILLMENT, aka | § | |
| AMAZON.COM.KYDC, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **dismissed with prejudice**. It is further **ORDERED** that the Clerk shall transmit a true copy of this Judgment, together with a true copy of the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties.

**SO ORDERED** on this **18th day** of **March, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE